Russell Allen NORDYKE; Ann Sallie Nordyke, d/b/a TS Trade Shows; Jess B. Guy; Duane Darr; William J. Jones; Daryl N. David; Tasiana Westyschyn; Jean Lee; Todd Baltes; Dennis Blair; R.L. Adams; Roger Baker; Mike Fournier; Virgil McVicker, Plaintiffs–Appellants,

v.

Mary V. KING; Gail Steele; Wilma Chan; Keith Carson; Scott Haggerty; County of Alameda; County of Alameda Board of Supervisors, Defendants–Appellees.

No. 07–15763.

United States Court of Appeals, Ninth Circuit.

June 15, 2012.

Donald Kilmer, Jr., The Law Offices of Donald Kilmer, San Jose, CA, Don Kates, Michel & Associates, P.C., Long Beach, CA, for Plaintiffs–Appellants.

Thomas Peter Pierce, Richards, Watson & Gershon, Los Angeles, CA, Sayre Weaver, Esquire, Richards, Watson & Gershon, Brea, CA, Richard E. Winnie, Esquire, Oakland, CA, for Defendants–Appellees.

D.C. No. CV–99–04389–MJJ, Northern District of California, San Francisco.

Before: ALEX KOZINSKI, Chief Judge, HARRY PREGERSON, STEPHEN REINHARDT, DIARMUID F. O'SCANNLAIN, MICHAEL DALY HAWKINS, SUSAN P. GRABER, RONALD M. GOULD, RICHARD C. TALLMAN, CONSUELO M. CALLAHAN, MILAN D. SMITH, JR., and SANDRA S. IKUTA, Circuit Judges.

### ORDER

Appellants' Motion to Extend Appellate Deadlines, or in the Alternative to Modify the Court's Opinion to Include Instructions to the Trial Court is DENIED.

Appellants' Motion to Extend Time to File Petition for Rehearing is DENIED.